IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSEPH E. BROCK                                                                                         PLAINTIFF

vs.                                        Civil No. 6:16-cv-06017

CAROLYN COLVIN                                                                                        DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 6th day of February 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE